

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 6:16-00034-01 |
| -vs- | JUDGE MINALDI |
| WESLEY HAYES (01) | MAGISTRATE JUDGE WHITEHURST |

### ORDER

This case is reassigned to Judge Donald Walter.

SIGNED on this 11th day of March, 2016, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT